[Crim. No. 399. Third Appellate District.—October 8, 1917.]

## THE PEOPLE, Respondent, v. GEORGE WARNER, Appellant.

CRIMINAL LAW—GRAND JURY—COMPETENCY OF WOMEN.—Judgment and order denying new trial reversed on the authority of *People v. Lensen, ante,* p. 336.

APPEAL from a judgment of the Superior Court of Modoc County, and from an order denying a new trial. Clarence A. Raker, Judge.

The facts in this case are identical with those in *People* v. *Lensen, ante,* p. 336.

Jamison & Wylie, for Appellant.

U. S. Webb, Attorney-General, and J. Chas. Jones, Deputy Attorney-General, for Respondent.

BURNETT, J.—This case is identical in its facts with the case of *People* v. *Lensen, ante,* p. 336, [167 Pac. 406], recently decided by this court, and the same points are made upon this appeal for a reversal of the judgment and order denying defendant's motion for a new trial. An extended opinion, therefore, becomes unnecessary. Upon the authority of the Lensen case the judgment and order are reversed.

Chipman, P. J., and Hart, J., concurred.